IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH M. KILPATRICK | : | CIVIL ACTION |
| v. | : | |
| DAVID J. SHULKIN, Secretary, U.S. Department of Veterans Affairs | : | No. 16-1193 |

FILED
SEP 26 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 26th day of September, 2017, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 38), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.
2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.
3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.